IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 1087 |
| FLAGO CONCRETE & EXCAVATING, ) | |
| INC., an Indiana corporation, a/k/a FLAGO ) | JUDGE SUZANNE B. CONLON |
| TRUCKING & EXCAVATING, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, FLAGO CONCRETE & EXCAVATING, INC., an Indiana corporation, a/k/a FLAGO TRUCKING & EXCAVATING, INC., in the total amount of $80,973.63, plus Plaintiffs' costs and reasonable attorneys' fees in the amount of $657.50.

On March 20, 2008, the Summons and Complaint was served on the Corporation's Vice President, Milagros Gomez, by tendering a copy of said documents at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Pursuant to FRCP 12(a)(1)(A), a defendant shall serve an answer within 20 days after being served with the summons and complaint. Therefore, Defendant's answer is due April 9, 2008.

During the status hearing held on April 7, 2008, Judge Conlon directed Plaintiffs to notice a motion for entry of default and judgment for Tuesday, April 15, 2008. Pursuant to FRCP 6(d), "[a] written motion, ... and notice of the hearing thereof shall be served not later than 5 days before the time specified for the hearing,..." In order to comply with Judge Conlon's directions and the Federal

– 2 –

Rules of Civil Procedure, the motion for default is required to be filed with the Court on Tuesday, April 8, 2008.  As of April 8, 2008, no responsive pleading has been filed.

                        /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Flago\motion for default judgment.jdg.df.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 8th day of April 2008:

    Mr. Milagros Gomez, Vice President
    Flago Concrete & Excavating, Inc.
    2623 E. Cleveland Avenue
    Hobart, IN   46342


        /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Flago\motion for default judgment.jdg.df.wpd