AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

FLAGO CONCRETE & EXCAVATING, INC.,
an Indiana corporation, a/k/a FLAGO
TRUCKING & EXCAVATING, INC.

CASE NUMBER: **08 C 1087**

ASSIGNED JUDGE: **JUDGE CONLON**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Flago Concrete & Excavting, Inc.
c/o ~~Efrain Vasquez, Registered Agent~~    Milagros Gomez, VP
~~4003 W. 82nd Avenue~~    2623 Cleveland Avenue
~~Merrillville, IN 46410~~    Hobart, IN  46342

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

/s/ Anya Ellis
_____
(By) DEPUTY CLERK



February 21, 2008
_____
Date



Lake County, Indiana
Sheriff sDepartment
Civil Process Division

## Affidavit
## Of
## Out of State
## Service

State of ___ILLINOIS___    Cause Number ___08C1087___

County of _____

Plaintiff ___WILLIAM E DUGAN___

VS.

Defendant ___FLACO CONCRETE - c/o Milagros Gomez, VP___

(State of Indiana
(County of Lake

**Deputy Sheriff** ___R. LADA___, on oath, being duly sworn deposes and says: I am a citizen of the United States and the state of Indiana; above the age of twenty-one years, not a party of the entitled action, and in no way interested therein. That on the ___20TH___ Day of ___MARCH___, 20 ___08___, in the city of ___HOBART___, County of Lake and the State of Indiana, I served, in the above entitled cause, on the named Defendant ___MILAGROS GOMEZ___ by mailing, also delivering to and leaving with at

(ADDRESS) ___2623 E. CLEVELAND AVE.___

☐ PERSONALLY   ☐ AUTHORIZED AGENT   ☑ PLACE OF RESIDENCE AND COPIES MAILED

___R.L___  Deputy Sheriff of Lake County, Indiana

Subscribed and sworn to and before me this ___20___ Day of ___March___ A.D. 20 ___08___.

Notary Public: ___Linda M Caudillo___   My Commission Expires:

[Notary stamp: LINDA MARIE CAUDILLO NOTARY PUBLIC STATE OF INDIANA LAKE COUNTY COMMISSION EXP. AUG. 17, ____]