IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 1087 |
| FLAGO CONCRETE & EXCAVATING, ) | |
| INC., an Indiana corporation, a/k/a FLAGO ) | JUDGE SUZANNE B. CONLON |
| TRUCKING & EXCAVATING, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   Mr. Milagros Gomez, Vice President
      Flago Concrete & Excavating, Inc.
      2623 E. Cleveland Avenue
      Hobart, IN  46342

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **15th** day of **April 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Suzanne B. Conlon, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1743, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

                                              /s/  Jennifer L. Dunitz-Geiringer

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 8th day of April 2008:

>Mr. Milagros Gomez, Vice President
>Flago Concrete & Excavating, Inc.
>2623 E. Cleveland Avenue
>Hobart, IN   46342


/s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Flago\notice of motion.jdg.df.wpd