IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 1087 |
| FLAGO CONCRETE & EXCAVATING, ) | |
| INC., an Indiana corporation, a/k/a FLAGO ) | JUDGE SUZANNE B. CONLON |
| TRUCKING & EXCAVATING, INC., ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK   )

DAVID S. BODLEY, being first duly sworn upon his oath, deposes and states:

1. He is now, and has since the first day of May, 1999, been employed by the Trustees of the Midwest Operating Engineers Fringe Benefit Funds as administrative manager, and in such capacity, has personal knowledge of the matters hereinafter set forth and if called as a witness in the instant proceedings is competent to testify in respect thereto.

2. He has read the Complaint filed in this cause, and knows of his own personal knowledge the contents of the collective bargaining agreements and Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness is competent to testify thereto.

3. He is charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintains individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receives and records contribution reports made by such

persons, firms or corporations, and has under his supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

    4. He has examined the account of Defendant in the above-entitled cause, and states that said Defendant:

    (a) is required to make monthly contribution reports under the terms of the aforesaid collective bargaining agreement;

    (b) has submitted monthly contribution reports for the months of August 2005 through January 2007, but has failed to submit the contributions and liquidated damages which it acknowledges therein to be due as set forth below:

|                     | Contributions | Liquidated Damages |
|---------------------|---------------|--------------------|
| Welfare Fund        | $32,332.65    | $5,734.26          |
| Pension Fund        | $29,598.86    | $4,668.91          |
| Apprenticeship Fund | $ 2,163.31    | $ 376.02           |
| Vacation Fund       | $ 5,165.45    | $ 934.17           |

    5. He is duly authorized by Plaintiffs in this behalf, has personal knowledge of the matters set forth above and if called as a witness in this cause, is competent to testify thereto.

    6. He makes this Affidavit in support of the application of Plaintiffs for entry of default and judgment and requests this Court to consider the same as proof in support of the allegations contained in the Complaint of the Plaintiffs and such other facts herein set forth.

FURTHER AFFIANT SAYETH NOT.

                                                                               _____
                                                                                  DAVID S. BODLEY

SUBSCRIBED AND SWORN
TO before me this 8th
day of April 2008.

_____
     NOTARY PUBLIC

OFFICIAL SEAL
NANCY AMABILE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/21/09

I:\MOEJ\Flugo\bodley affidavit jdg.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Affidavit of David S. Bodley) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 8th day of April 2008:

                Mr. Milagros Gomez, Vice President
                Flago Concrete & Excavating, Inc.
                2623 E. Cleveland Avenue
                Hobart, IN   46342

                                              /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Flago\bodley affidavit.jdg.df.wpd