## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1087 | **DATE** | 4/7/2008 |
| **CASE TITLE** | WILLIAM E. DUGAN vs. FLAGO CONCRETE & EXCAVATING, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/15/08 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|