# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1087 | **DATE** | 4/15/2008 |
| **CASE TITLE** | WILLIAM E. DUGAN, ET AL vs. FLAGO CONCRETE & EXCAVATING INC., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion [10] for entry of default and judgment is granted. ENTER ORDER

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|