IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | APR 0 9 2008 |
| | ) | |
| Plaintiffs, | ) | JUDGE SUZANNE B. CONLON |
| | ) | United States District Court |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 08 C 1087 |
| FLAGO CONCRETE & EXCAVATING, | ) | |
| INC., an Indiana corporation, a/k/a FLAGO | ) | JUDGE SUZANNE B. CONLON |
| TRUCKING & EXCAVATING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it

appearing to the Court that the Defendant, FLAGO CONCRETE & EXCAVATING, INC., an Indiana

corporation, a/k/a FLAGO TRUCKING & EXCAVATING, INC., having been regularly served with

process and having failed to appear, plead or otherwise defend, and default of said Defendant having

been taken, the Court, first being fully advised in the premises and upon further evidence submitted

herewith, FINDS:

1.   It has jurisdiction of the subject matter herein and of the parties hereto.

2.   The Defendant is bound by the terms of the collective bargaining agreement or

agreements referred to in the Complaint of Plaintiffs.

3.   The Defendant is obligated to make contributions to each of the Plaintiff Funds in

accordance with collective bargaining agreement.

4.   The Defendant is bound by all the terms and conditions set forth in the Agreements

and Declarations of Trust governing the Plaintiff Funds.

5.    Defendant has submitted monthly contribution reports to the Plaintiffs indicating all employees of the Defendant covered by the collective bargaining agreements referred to in the Complaint and the number of hours worked or paid for pursuant to the terms of the collective bargaining agreement referred to herein, for the months of August 2005 through January 2007.

6.    Said monthly contribution reports establish that there is due and owing, for the period in question, to Plaintiffs the amounts set forth below:

|  | Contributions | Liquidated Damages |
|---|---|---|
| Welfare Fund | $32,332.65 | $5,734.26 |
| Pension Fund | $29,598.86 | $4,668.91 |
| Apprenticeship Fund | $ 2,163.31 | $ 376.02 |
| Vacation Fund | $ 5,165.45 | $ 934.17 |

7.    Plaintiffs are entitled to make an audit of the payroll books and records of Defendant to verify the accuracy of the monthly reports referred to herein and covered by the reports submitted to Plaintiffs, and to determine what additional amounts are due and owing to Plaintiffs.

8.    Defendant has failed to timely make all contributions required to be made to the Plaintiff Funds, as provided in the Agreements and Declarations of Trust governing the respective Funds, Plaintiffs are entitled to recover:

(a)    the cost of the audit of the payroll books and records of Defendant;

(b)    a sum equal to ten (10%) percent of the amount determined to be due;

(c)    costs and expenses of the Trustees, including their reasonable attorneys' fees.

9.    Plaintiffs have incurred costs totaling $470.00 and reasonable attorneys' fees totaling $187.50.

10.    There is no just cause for delay in the entry of a Judgment Order as to the sum of $81,631.13 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.    That Plaintiffs recover from the Defendant, FLAGO CONCRETE & EXCAVATING, INC., an Indiana corporation, a/k/a FLAGO TRUCKING & EXCAVATING, INC., the sum of $69,260.27 for contributions and the additional sum of $11,713.36 for liquidated damages, or a total sum of $80,973.63.

B.    That Plaintiffs recover from the Defendant, FLAGO CONCRETE & EXCAVATING, INC., an Indiana corporation, a/k/a FLAGO TRUCKING & EXCAVATING, INC., the sum of $470.00 for their costs and $187.50 as and for Plaintiffs' just and reasonable attorneys' fees.

C.    That Plaintiffs recover from the Defendant, FLAGO CONCRETE & EXCAVATING, INC., an Indiana corporation, a/k/a FLAGO TRUCKING & EXCAVATING, INC., the total sum of **$81,631.13**.

D.    Plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

E.    The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: _4/15/08_____

-3-

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Flago\judgment order.jdg.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Judgment Order) to be served upon:

> Mr. Milagros Gomez, Vice President
> Flago Concrete & Excavating, Inc.
> 2623 E. Cleveland Avenue
> Hobart, IN   46342

by U.S. Mail on or before the hour of 5:00 p.m. this 8th day of April 2008.


/s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Flago\judgment order.jdg.df.wpd